1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| AIRY S. KLAUDT,                        ) | Case No.: 1:11-at-00496 |
|                                        ) | |
|                                        ) | **ORDER GRANTING APPLICATION TO** |
|            Plaintiff,                  ) | **PROCEED IN FORMA PAUPERIS** |
|                                        ) | |
|     v.                                 ) | |
|                                        ) | (Doc. 5) |
| MICHAEL J. ASTRUE,                     ) | |
| Commissioner of Social Security,       ) | |
|                                        ) | |
|            Defendant.                  ) | |
|                                        ) | |
| _____ ) | |

9
10
11
12
13
14
15
16

Plaintiff Airy S. Klaudt filed a complaint on August 12, 2011, along with an application to

17

proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

18

entitlement to proceed without prepayment of fees.

19

Accordingly, IT IS HEREBY ORDERED THAT:

20

1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

21

2.      The Clerk of Court is DIRECTED to issue a summons; and

22

3.      The United States Marshal is DIRECTED to serve a copy of the complaint,

23
24

summons, and this order upon the defendant as directed by the plaintiff.

25

IT IS SO ORDERED.

26

**Dated:   August 15, 2011**              _____/s/ Sheila K. Oberto_____
                                          UNITED STATES MAGISTRATE JUDGE

27
28