IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRY S. KLAUDT,<br><br>        Plaintiff,<br>   v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:11-cv-01355 JLT<br><br>ORDER DISMISSING THE ACTION WITH PREJUDICE<br><br>(Doc. 13) |

On January 31, 2012, Airy S. Klaudt ("Plaintiff") and Michael J. Astrue, Commissioner of Social Security ("Defendant") stipulated to dismiss this action with prejudice, with each party to bear its own fees, costs, and expenses. (Doc. 13).

Accordingly, it is **HEREBY ORDERED**:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**;
2. Each party shall bear its own fees, costs, and expenses; and
3. The Clerk of Court **IS DIRECTED** to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **January 31, 2012**    /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE